UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GONZALES, | ) 1:11-cv—00083-LJO-SMS-HC |
|         Petitioner, | ) ORDER GRANTING PETITIONER'S<br>) MOTION TO PROCEED IN FORMA<br>) PAUPERIS ON APPEAL  (DOC. 9) |
|   v. | ) |
| J. HARTLEY, Warden, | ) ORDER DIRECTING THE CLERK TO<br>) SERVE THIS ORDER ON THE CLERK OF<br>) THE COURT OF APPEALS FOR THE |
|         Respondent. | ) NINTH CIRCUIT |

Petitioner is a state prisoner who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On March 10, 2011, the Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied for failure to state a cognizable claim, and the petition was dismissed.  In that same order, the Court declined to issue a certificate of appealability.

Petitioner filed a notice of appeal on April 6, 2011, along with a motion to proceed in forma pauperis.

A party who was permitted to proceed in forma pauperis in

1

the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, Petitioner paid the filing fee and did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled to proceed in forma pauperis on appeal.

Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, Petitioner's motion for to proceed in forma pauperis shall be GRANTED.

Accordingly, it is ORDERED that:

1. Petitioner's motion to proceed in forma pauperis on appeal is GRANTED; and

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   April 8, 2011**               /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE